No. 10–9596. FEUER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consid-

eration or decision of this petition. ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮